# Court of Appeals
# of the State of Georgia

ATLANTA, <u>May 03, 2022</u>

*The Court of Appeals hereby passes the following order:*

**A22A0919. NEXUS SERVICES, INC. v. RSUI INDEMNITY COMPANY.**

The Appellant in the above-styled case has filed a motion entitled Motion To Withdraw Appeal. Pursuant to Court Rule 41(g)(1), said motion is hereby GRANTED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, <u>05/03/2022</u>*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_____ , *Clerk.*